UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

                              Case No. 22-30321
                              Originating No. 1:22-cr-00064-02

**ARMANI LAWRENCE MOSELEY,**

    Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ARMANI LAWRENCE MOSELEY,** to answer to charges pending in another federal district, and states:

1. On **July 29, 2022** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Indictment. Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1), 841(b)(1)(A), and 841(b)(1)(C)- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §841(b)(1)(B), and 18 U.S.C §2- Possession with Intent to Distribute Methamphetamine(50 grams or more), 21 U.S.C. §841(a)(1), and 841(b)(1)(C)-**

## Possession with Intent to Distribute Fentanyl, 21 U.S.C. §841(a)(1) and 841(b)(1)(C)- Possession with Intent to Distribute Oxycodone.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/Andrew Picek
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
andrew.picek@usdoj.gov
(313) 226-9652

Dated: July 29, 2022